DAVID L. ANDERSON, CSBN 149604
United States Attorney
DEBORAH STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
CAROL S. CLARK  MO 42670
Special Assistant United States Attorney
      160 Spear Street, Suite 800
      San Francisco, California 94105
      Telephone:  (415) 977-8975
      Facsimile:  (415) 744-0134
      Carol.S.Clark@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GIBSON, <br><br> Plaintiff, <br><br> vs. <br><br> ANDREW SAUL, <br> Commissioner of Social Security, <br><br> Defendant. | CIVIL NO. 5:19-cv-03227-SVK <br><br> DEFENDANT'S UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND ~~PROPOSED~~ ORDER **AS MODIFIED** |

      Defendant Andrew Saul, Commissioner of Social Security, by and through his counsel, David Anderson, United States Attorney, and Carol Clark, Special Assistant U.S. Attorney, and hereby requests the Court to extend the time for Defendant to respond to Plaintiff's motion for summary judgment by 45 days, changing the due date from December 13, 2019, to the new due date of January 27, 2020.   Defendant requests this additional time because Counsel for Defendant has been out of the office for much of the past three weeks due to a family medical emergency and a series of other emergent medical issues and has been unable to complete work as originally scheduled.  Counsel for Defendant conferred with Counsel for Plaintiff by email on December 12, 2019.  Counsel for Plaintiff confirmed that he does not object to this request.

                                   Respectfully submitted,

Req. for Extension, *Gibson v. Saul*, 5:19-cv-03227-SVK

|   |   |   |   |
|---|---|---|---|
| | | | DAVID L. ANDERSON |
| | | | United States Attorney |
| December 12, 2019 | | By: | */s/ Carol S. Clark* |
| | | | CAROL S. CLARK |
| | | | Special Assistant United States Attorney |

### ~~PROPOSED~~ ORDER

For good cause shown, Defendant's request for an extension of time in which to respond to Plaintiff's Motion for Summary Judgment is GRANTED. Defendant's responsive brief shall be due on January 27, 2020. For any further extension, the Court will require Defendant to certify that it has (1) read Plaintiff's brief and (2) met and conferred with Plaintiff - either in person or by telephone, not by email - regarding Plaintiff's substantive claims.

IT IS SO ORDERED.

DATE: December 12, 2019

_____
THE HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge

Req. for Extension, *Gibson v. Saul*, 5:19-cv-03227-SVK